IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jerome Anderson, ) | C/A NO. 3:10-2481-CMC |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| A. Keith McClure, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court concerning certain pretrial matters. During the pretrial conference held June 8, 2012, the court obtained a list of witnesses from both parties. Plaintiff listed himself, William Hildridge, Elder Leach, Tony Davis, and an unnamed nurse and/or doctor from Just Care. Defendant listed himself, five (5) additional corrections officers, and unnamed Just Care personnel.

Plaintiff has submitted a subpoena for Nurse Betty "Doe," an employee of Just Care. Plaintiff indicates in his cover letter to the court that Nurse "Doe" was one of the nurses who treated Plaintiff when he was admitted to that facility on September 4, 2008. The proposed subpoena indicates that he seeks the "records of my admittance to Just Care on September 4, 2008."

In support of his motion to amend, Defendant McClure attached copies of records from the York County Detention Center relating to Defendant's admission to Just Care, as well as other material relating to his discharge from that facility on October 8, 2008. A certificate of service attached to this material indicates it was served on Plaintiff, but it is not clear whether Plaintiff was in possession of this material when he forwarded this proposed subpoena to the court, or whether

1

the material satisfies Plaintiff's need for this witness to appear. Therefore, Plaintiff should review the material provided to him and determine whether witness Nurse Betty "Doe" and Just Care records are still needed for trial. If Plaintiff contends this witness and/or these records are needed for trial, he should advise the court in writing of his position no later than **Tuesday, June 26, 2012**.

Additionally, Defendant has identified two additional witnesses for trial. *See* Letter dated June 21, 2012 (ECF No. 88). Defendant has identified Dr. Harold Morgan, M.D., and Tammy Dover, R.N., as additional trial witnesses, but has not indicated in what capacity they are expected to testify. If either of these defense witness is to be called as an expert, expert disclosures under Federal Rule of Civil Procedure 26(a)(2)(C) should be made by **Tuesday, June 26, 2012**.

**IT IS SO ORDERED**.

                                                                s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 22, 2012